Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Austin T. Beardsley (CA 270046)
austin.beardsley@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
100 Spectrum Center Drive, Suite 1050
Irvine, CA 92618-4977
Telephone:   714.966.6819
Facsimile:    714.966.6821

Attorneys for Defendant
PATELCO CREDIT UNION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY GADOMSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>PATELCO CREDIT UNION,<br><br>Defendants. | CASE NO. 2:17-cv-00695-TLN-AC<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT AND ORDER**<br><br>New Response Date: July 18, 2017 |

| | |
|---|---|
| 1 | Per agreement of the Parties on June 27, 2017, and pursuant to Local Rule 144, the |
| 2 | undersigned counsel HEREBY STIPULATE, AGREE and JOINTLY MOVE the Court to |
| 3 | extend Defendant PATELCO CREDIT UNION's time to answer, move or otherwise respond |
| 4 | to the Complaint in this action by twenty one (21) days to July 18, 2017. |

Per agreement of the Parties on June 27, 2017, and pursuant to Local Rule 144, the undersigned counsel HEREBY STIPULATE, AGREE and JOINTLY MOVE the Court to extend Defendant PATELCO CREDIT UNION's time to answer, move or otherwise respond to the Complaint in this action by twenty one (21) days to July 18, 2017.

The Parties previously stipulated to extend Patelco's deadline to respond to the Complaint by twenty eight (28) days.

Respectfully submitted,

Dated: June 29, 2017  **KAZEROUNI LAW GROUP, APC**

By: /s/Matthew M. Loker (as authorized 6/28/17)
Matthew M. Loker
Attorneys for Plaintiff
KELLY GADOMSKI


Dated: June 29, 2017  **KATTEN MUCHIN ROSENMAN LLP**

By: /s/Austin T. Beardsley
Attorneys for Defendant
PATELCO CREDIT UNION

# ORDER

The Court, having considered the Parties' Second Joint Stipulation for Extension of Time to Respond to the Complaint, hereby extends Patelco Credit Union's deadline to answer or otherwise respond to the Complaint to July 18, 2017.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

Dated: June 29, 2017

_____
Troy L. Nunley
United States District Judge